Parker H. Shughart and Charles E. McGinnes, trading as Little York Grain Company, appellees, v. William Payne, appellant. Gen. No. 6,839.

Action to recover damages for breach of contract to deliver corn. Judgment for plaintiffs. Appeal from the Circuit Court of Warren county; the Hon. Robert J. Grier, Judge, presiding. Heard in this court at the April term, 1920. Affirmed. Opinion filed July 16, 1920. Rehearing denied October 13, 1920. *Certiorari* denied by Supreme Court (making opinion final).

L. H. Hanna and Scofield, Hartzell & Califf, for appellant. Brown, Safford, Graham & Soule, for appellees.

Mr. Justice Heard delivered the opinion of the court.

---

Axel Levahn, administrator of estate of Sexton Ludwig Levahn, deceased, appellee, v. Rockford and Interurban Railway Company, appellant. Gen. No. 6,701.

Action to recover for death of person struck by interurban car while waiting to take passage. Judgment for plaintiff. Appeal from the Circuit Court of Boone county; the Hon. Frank E. Shopen, Judge, presiding. Heard in this court at the October term, 1919. Reversed and remanded. Opinion filed July 16, 1920.

Fisher, North, Welsh & Linscott, for appellant. Charles W. Ferguson and William L. Pierce, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

L. H. Parker, trustee of American Trades & Savings Bank of Racine, Wisconsin, appellant, v. J. S. Hand et al., appellees. Gen. No. 6,790.

Bill to set aside mortgage on ground of fraud. Bill dismissed. Appeal from the Circuit Court of Lake county; the Hon. Claire C. Edwards, Judge, presiding. Heard in this court at the April term, 1920. Affirmed. Opinion filed July 16, 1920.

Musgrave, Oppenheim & Lee and E. V. Orvis, for appellant. Ben M. Smith, for appellees.

Mr. Justice Niehaus delivered the opinion of the court.

---

Hero Furnace Company, appellant, v. School Directors of District No. 41, of Henry County, Illinois, appellees. Gen. No. 6,831.

Action to recover the amount due under a contract for installing a furnace. Judgment for defendants. Appeal from the Circuit Court of Henry county; the Hon. Emery C. Graves, Judge, presiding. Heard in this court at the April term, 1920. Affirmed. Opinion filed July 16, 1920

Thomas J. Welch, for appellant. Edwin J. Faull and James N. Cummings, for appellees.

Mr. Justice Niehaus delivered the opinion of the court.